# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : : : | |
| v. | : : | Crim. Action No. 17-52-LPS and Crim. Action No. 17-44-LPS |
| BRIAN J. BRANCH and MICHAEL KOLMONEN, | : : : | |
| Defendants. | : | |

## JOINT MOTION TO CONTINUE SENTENCING

NOW COMES the United States of America, by and through its attorneys, David C. Weiss, United States Attorney for the District of Delaware, and Alexander S. Mackler, Assistant United States Attorney for the District of Delaware, hereby moves submits the following:

1. The defendants are currently scheduled for sentencing hearings before the Court on May 16, 2018.

2. The government's primary victim, who plans to speak at sentencing, is also a witness in a murder trial in New Castle County Superior Court. That trial was recently continued into next week, meaning she would not be available for these sentencing hearings.

3. Accordingly, the government respectfully request that the sentencing hearing be continued for approximately one (1) week, as such a continuance is in the interests of justice.

4. The government has conferred with defendants' counsel, and they join in this request, although it is being filed by the government.

WHEREFORE, the government respectfully requests that the Court grant this Motion to Continue Sentencing.  A proposed Order is attached.

                                                        Respectfully submitted,

                                                        DAVID C. WEISS  
                                                       United States Attorney

                                    By:   /s/ *Alexander S. Mackler*  
                                                    Alexander S. Mackler  
                                                    Assistant United States Attorney

Dated:    May 11, 2018

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Crim. Action No. 17-52-LPS and |
| : | Crim. Action No. 17-44-LPS |
| BRIAN J. BRANCH and : | |
| MICHAEL KOLMONEN, : | |
| : | |
| Defendants. : | |

## **ORDER**

Having considered the parties' Motion to Continue Sentencing, **IT IS HEREBY ORDERED** that the Motion is GRANTED. The Court finds that such a continuance is necessary and is in the interests of justice. Sentencing is rescheduled for _____ at \_\_\_\_\_ in Courtroom \_\_\_\_.

_____
The Honorable Leonard P. Stark
United States District Court Judge